**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Orlando Olivar, | NO.: 5:26-CV-2120-AB |
| Petitioner, | |
| v. | **ORDER GRANTING PETITIONER'S REQUEST FOR APPOINTMENT OF CJA COUNSEL [DKT. NO. 10]** |
| David Marin, et al., | |
| Respondents. | |

CJA attorney Ashwini Mate has filed a request to be appointed to represent Petitioner in this case. (Dkt. No. 10.) There is no absolute right to appointment of counsel in habeas proceedings. *Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). Appointment of counsel may be authorized at any stage of the proceedings, however, if "the interests of justice so require[.]" 18 U.S.C. § 3006A(a)(2). The decision of whether to appoint counsel in a habeas proceeding turns on a petitioner's ability to articulate his claims pro se in light of the complexity of the legal issues involved and his likelihood of success on the merits. *See Weygandt v. Look*, 718 F.2d 952,

954 (9th Cir. 1983). Here, the *Weygandt* factors sufficiently support the appointment of counsel to represent Petitioner. The Court appoints CJA attorney Ashwini Mate as counsel for Petitioner, *nunc pro tunc* as of April 26, 2026.

IT IS SO ORDERED.

Dated: April 30, 2026

_____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

2